IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PATENT ARMORY, INC.,** § | | |
| § | | |
| Plaintiff, § | | |
| v. § | Civil Action No. **3:24-CV-3173-L-BN** | |
| § | | |
| **LIKEWISE CORP.,** § | | |
| § | | |
| Defendant. § | | |

# **ORDER**

On January 8, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") was entered, recommending that court *sua sponte* transfer this patent infringement action to the Forth Worth Division of the Northern District of Texas, pursuant to 28 U.S.C. § 1404(a). No objections to the Report were filed, and the deadline for filing objections has expired.

Having reviewed the pleadings, record, file, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court *sua sponte* **transfers** this patent action to the Forth Worth Division of the Northern District of Texas, pursuant to 28 U.S.C. § 1404(a). The clerk of the court **shall** effect the transfer in accordance with the usual procedure.

**It is so ordered** this 7th day of February, 2025.

Sam A. Lindsay
United States District Judge

Order – Solo Page